IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| James Lee McCoy, Sr., | ) | C/A No.: 3:17-369-JMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Anthony Dennis, Sumter County | ) | ORDER |
| Sheriff; Deputy E. Boland; and Deputy | ) | |
| Williams, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the court on a review of the docket in this case that reveals no evidence of plaintiff having effected proper service on the defendants. The summonses were issued on February 24, 2017, and they expired on May 25, 2017. [ECF No. 6]. Rule 4(m) of the Federal Rules of Civil Procedure provides, in pertinent part, as follows:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Fed. R. Civ. P. 4(m).

Plaintiff is hereby placed on notice that unless good cause is shown to the court by June 16, 2017, for his failure to effect service of the summonses and complaint on the defendants, plaintiff's action will be recommended for dismissal without prejudice. To the extent that service has been effected, plaintiff is reminded of Fed. R. Civ. P. 4(l),

which requires proof of service must be made to the court. Plaintiff's failure to respond in writing will result in a recommendation of dismissal of the defendants without prejudice.

IT IS SO ORDERED.

June 2, 2017
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge